UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**Richard J. Anderson**

**On behalf of Himself and
all others similarly situated**

    **Plaintiffs**

    v.                    Case No. 18CV901

**Weinert Enterprises, Inc.**

    **Defendant.**

## PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN PURSUANT TO 29 U.S.C. § 216(b)

NOW COMES the Plaintiff, Richard Anderson, on behalf of himself and all others similarly situated (hereafter referred to as "Plaintiffs") by and through their attorneys, The Previant Law Firm, S.C., and hereby submit the following consent to join pursuant to 29 U.S.C. §216(b), of:

1. Mike Herter

Dated this 25th day of April, 2019.

                /s/Yingtao Ho
                Yingtao Ho
                yh@previant.com
                Wis. Bar #1045418
                Attorney for Plaintiffs
                The Previant Law Firm S.C.
                1555 North RiverCenter Drive, Suite 202
                P. O. Box 12993
                Milwaukee, WI 53212
                Telephone: 414-271-4500
                Fax: 414/271-6308

Consent to Opt In and
Participate as a Named Plaintiff in Suit for
Violations of Fair Labor Standards Act

I, _Mike Herter_, hereby consents to participate in the lawsuit against Weinert Enterprises, Inc. to recover overtime pay and other available damages under the Fair Labor Standards Act. This written consent is intended to serve as my consent in writing to join in this lawsuit.

By signing and returning this consent to sue, I understand that I will be represented by The Previant Law Firm, s.c.

Dated this _1_ day of _25/19_, ~~2018~~.