# United States District Court

EASTERN DISTRICT OF WISCONSIN

RICHARD J. ANDERSON,
JOSEPH YOUNG, EVAN CHAUKLIN,
and MICHAEL HERTER,

       Plaintiff,

       v.

**JUDGMENT IN A CIVIL CASE**

Case No. 18-C-901

WEINERT ENTERPRISES, INC.,

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant in the sum of $8,500.00 (eight thousand five hundred dollars and zero cents) which is inclusive of all costs and fees, to be paid as follows:

1. To Richard Anderson the sum of $2,800.00 plus an additional $975.00 attorneys' fees and costs;
2. To Joseph Young the sum of $1,160.00 plus an additional $975.00 for attorneys' fees and costs;
3. To Evan Chaulkin the sum of $600.00 plus an additional $975.00 for attorneys' fees and costs; and
4. To Michael Herter the sum of $40.00 plus an additional $975.00 for attorneys' fees and costs.

                      Approved:       s/ William C. Griesbach
                                          WILLIAM C. GRIESBACH
                                          United States District Judge

Dated: December 19, 2019

              STEPHEN C. DRIES
              Clerk of Court

              s/ Lori Hanson
              (By) Deputy Clerk