# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

---

Richard J. Anderson

On behalf of Himself and
all others similarly situated

    Plaintiffs

    v.                                     Case No.  18CV901

Weinert Enterprises, Inc.

    Defendant.

---

## SATISFACTION OF JUDGMENT

---

**WHEREAS,** on December 19, 2019 a Judgment was obtained by plaintiffs against defendant in the above-entitled action for the sum of eight thousand five hundred ($8,500) Dollars;

**NOW, THEREFORE,** in consideration of the receipt of an agreed upon sum of money in satisfaction of said Judgment filed and entered herein, plaintiffs do hereby authorize the Clerk of the United States District Court for the Eastern District of Wisconsin to enter such payment in full and final satisfaction by defendant on the face of said Judgment.

Dated this 29th day of March, 2021.

/s/Yingtao Ho_____
Christopher J. Ahrens (SBN: 1043237)
Attorney for Plaintiffs
THE PREVIANT LAW FIRM, S.C.
310 W. Wisconsin Ave. #100MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: cja@previant.com